UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KATHERINE DARRAH,

    Plaintiff,

v.                                      Case No:  6:14-cv-258-Orl-40TBS

INT'L LODGING & ENTERTAINMENTS,
INC. and MOHAN C. ANAND,

    Defendants.

## ORDER

This cause is before the Court on the parties' Unopposed Motion for Approval of Settlement and Incorporated Memorandum of Law (the "motion"), filed on January 6, 2015. (Doc. 28). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation on January 13, 2015 recommending that this Court grant the motion but limit the corresponding Settlement Agreement (Doc. 31-1) by severing and deleting the objectionable sentence from page four of the parties' settlement agreement. (Doc. 32, p. 5). On January 16, 2015, the parties filed a Joint Notice of Non-Objection to Report and Recommendation. (Doc. 33).

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 13, 2015 (Doc. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Settlement Agreement (Doc. 31-1), as modified by the Report and Recommendation, is **APPROVED.**

3. The Unopposed Motion for Settlement Approval (Doc. 28) is **GRANTED**.

4. The case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on January 27, 2015.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record